Andrew J. Jaramillo, SBN 198303
andrew.jaramillo@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:     714-800-7900
Facsimile:     714-754-1298

Elizabeth A. Falcone, SBN 219084
elizabeth.falcone@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
222 SW Columbia Street, Suite 1500
Portland, OR  97201
Telephone:     503-552-2166
Facsimile:     503-224-4518

Attorneys for Defendants HOME DEPOT U.S.A., INC., TROY GARCIA, AND CHARLES BUCKLEY

David R. Shane, SBN 109890
Robert J. Taitz, SBN 168334
SHANE & TAITZ
1000 Drakes Landing Road, Suite 200
Greenbrae, CA  94904
Telephone:     415-464-2020
Facsimile:     415-464-2024

Attorneys for Plaintiff TYISHA PAULK
(erroneously named herein as "TAYASHA" PAULK)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAYASHA PAULK,<br><br>           Plaintiff,<br><br>      v.<br><br>HOME DEPOT USA, INC., TROY GARCIA, CHARLES BUCKLY and DOES 1 THROUGH 10, inclusive,<br><br>           Defendant. | Case No. C10-03745 SBA<br><br>**STIPULATION AND  ORDER RE DISMISSAL OF<br>ACTION WITH PREJUDICE**<br><br>Complaint Filed:  May 6, 2010<br>Trial Date:           February 27, 2012<br>Judge:                  Hon. Saundra Brown Armstrong |

1 | Plaintiff Tyisha Paulk (erroneously named herein as "Tayasha" Paulk, hereafter, "Plaintiff")
2 | and Defendants Home Depot U.S.A., Inc., Troy Garcia, and Charles Buckley, by and through
3 | their respective counsel of record, hereby jointly stipulate to and request the dismissal of the
4 | above-entitled action, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil
5 | Procedure. Additionally, Plaintiff requests that Plaintiff's complaint be dismissed in its entirety
6 | with prejudice, with the parties to bear their own costs and expenses.

IT IS SO STIPULATED.

Dated: July 13, 2011                            **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**


By: /s/ Elizabeth A. Falcone
    Andrew J. Jaramillo
    Elizabeth A. Falcone

    Attorneys for Defendant
    THE HOME DEPOT U.S.A., INC.

Dated: July 13, 2011                            **SHANE & TAITZ, LLP.**


By: /s/ David R. Shane
    David R. Shane
    Robert J. Taitz

    Attorney for Plaintiff
    TYISHA PAULK

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and for good cause shown, this action is hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 7/15/11                                  *[signature: Saundra B. Armstrong]*
                                                The Honorable Saundra Brown Armstrong
                                                United States District Court Judge

10603679.1 (OGLETREE)